IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

CENTRAL DIVISION

600 West Capitol Avenue

Suite A-149
Little Rock, Arkansas 72201
Phone:501-604-5351

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 3 2024

TAMMY H. DOWNS, CLERK
By: _____
                              DEP CLERK

4:24-cv-746-LPR

Ali Ali Bey

P.O. Box 55293

Little Rock, ARK 72215

501-240-7072

Plaintiff,

V.

Arkansas State Police & Trooper Jackson Shumate

1 State Police Plaza Dr

Little Rock, Arkansas 72209

This case assigned to District Judge Rudofsky
and to Magistrate Judge Moore

9/3/2024

---

True Bill

---

I Ali Ali Bey present this True Bill in references to a 2011 Blue and White GSXR 600 Suzuki that is impounded at Asher Wrecker on 5909 S. University Little Rock, Arkansas. On 5/26/2024, Trooper Jackson Shumate #242 took possession of the above mention motorcycle that was in my possession. Mr Shumate took possession of the motorcycle at approximately 10:53 PM.

I am charging the defendant and his employer rent of the above said property of $527.00 deposit and $100.00 per day for the date of possession (5/26/2024) until the second court date of October 2, 2024 for a grand total of; $13527.00, the original date being August7, 2024.

Yours truly,

Ali Ali Bey.

I declare that, to the best of my knowledge, the information herein is true, correct, and complete.

__True_____ Bill

Executed this __3__ day of __Sep_____, 20__24__.

_____
Ali Ali Bey